Kirk Guinn #015448
Guinn Law Group, PLC
3707 E Southern Ave., #1070
Mesa AZ 85206
602-903-1816
kirkguinnnotifications@yahoo.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:                                      ) In Proceedings Under Chapter 13
    TIMOTHY GENENBACHER,     ) Case No. 2:08-bk-18509-GBN
    KELLEY GENENBACHER,      )
                                            ) OBJECTION TO MOTION TO LIFT THE
                                            ) AUTOMATIC BANKRUPTCY STAY
    Debtor(s)                ) FILED BY WELLS FARGO BANK, N.A.
                                            )
                                            )
                                            )

**COME NOW** Timothy and Kelley Genenbacher, hereinafter referred to as Debtors, by and through undersigned counsel and hereby Objects to the Motion to Lift the Automatic Bankruptcy Stay filed by Wells Fargo Bank, N.A., hereinafter referred to as Movant, and states as follows:

1. Movant filed a Motion to Lift the Automatic Bankruptcy Stay on October 13, 2009;

2. Movant indicates, in its Motion, that Debtors have failed to make post petition Mortgage payments;

3. Debtors believe they have made post petition mortgage payments;

4. Debtor is current with her plan payments.

**THEREFORE**, Debtor requests this Honorable Court to:

A. Deny the Motion to Lift the Automatic Stay filed by Wells Fargo Bank, N.A.; and

B. Grant such other relief as is just and proper.

Respectfully submitted on this the 15th day of October, 2009.

                                        /s/ Kirk Guinn
                                        Kirk Guinn, Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of this Objection were mailed by me on October 15, 2009 to the following parties:

    United States Trustee
    230 North First Avenue, Suite 204
    Phoenix, Arizona 85003

    Clerk of the U.S. Bankruptcy Court
    230 North First Avenue, Suite 101
    Phoenix, Arizona 85003

    Edward J. Maney
    Chapter 13 Trustee
    P.O. Box 10434
    Phoenix, Az 85064-0434

    Mark S Bosco
    Tiffany & Bosco P.A.
    2525 East Camelback Road
    Third Floor
    Phoenix Az 85016

    Timothy Genenbacher
    Kelley Genenbacher
    4413 E. Scott Avenue
    Gilbert, Az 85234

/s/Deborah McGuinness